UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
PLAINTIFF FUNDING HOLDING, LLC, d/b/a
LAWCASH,
               Plaintiff,

v.

ROBERT JOSEPH HOPKINS, LAWCASH 911,
LAWSUIT CASH TODAY, and FUNDING
AMERICA, LLC,
               Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 6804 (VB)

      On August 24, 2020, plaintiff, Plaintiff Funding Holding, LLC, doing business as LAWCASH, commenced the instant action against defendants Robert Joseph Hopkins, Lawcash 911, Lawsuit Cash Today, and Funding America, LLC. (Docs. ##1, 10).

      On August 25, 2020, the Clerk of Court issued summonses as to defendants Robert Joseph Hopkins and Funding America, LLC. (Docs. ##8–9).

      On October 6, 2020, plaintiff docketed proof of service indicating service on defendants Robert Joseph Hopkins and Funding America, LLC on September 28, 2020. (Doc. #7). Accordingly, Robert Joseph Hopkins and Funding America, LLC had until October 19, 2020, to respond to the complaint. See Fed. R. Civ. P. 12(a)(1)(A)(i).

      Moreover, on October 8, 2020, the Clerk of Court issued summonses as to defendants Lawsuit Cash Today and Lawcash 911. (Docs. ##16–17). To date, plaintiff has not docketed proof of service indicating service on defendants Lawsuit Cash Today or Lawcash 911.

      To date, defendants Robert Joseph Hopkins and Funding America, LLC have neither appeared in this action nor answered, moved, or otherwise responded to the complaint.

Accordingly, provided that defendants Robert Joseph Hopkins and Funding America, LLC remain in default, plaintiff is ORDERED to seek certificates of default as to defendants Robert Joseph Hopkins and Funding America, LLC by November 3, 2020, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendants Robert Joseph Hopkins and Funding America, LLC by November 17, 2020. **If plaintiff fails to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Dated: October 20, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge