UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
PLAINTIFF FUNDING HOLDING, LLC d/b/a          :
LAWCASH,                                                            :
              Plaintiff,                                        :
v.                                                                        :          **ORDER**
                                  :
ROBERT JOSEPH HOPKINS, LAWCASH          :          20 CV 6804 (VB)
911, LAWSUIT CASH TODAY, and                    :
FUNDING AMERICA, LLC,                              :
              Defendants.                                   :
----------------------------------------------------------------x

For the reasons stated on the record at a telephone conference held today, which was

attended by counsel for all parties, it is hereby ordered that defendants' motion to set aside the

entry of default as to all defendants is GRANTED, pursuant to Fed. R. Civ. P. 55(c).

The Clerk is instructed to VACATE the Certificates of Default (Docs. ## 25, 28, 38, 39).

In addition, defendants' time to answer the complaint is extended nunc pro tunc to

December 29, 2020.

Dated: February 1, 2021
       White Plains, NY

                                 SO ORDERED:

                                 _____
                                 Vincent L. Briccetti
                                 United States District Judge